UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
AXA INSURANCE SINGAPORE PTE LTD.
:
        Plaintiff,
:   08 Civ. 3084 (DAB)
  - against -                    **ECF CASE**
:
CSX INTERMODAL, INC.         **RULE 7.1**
:   **DISCLOSURE STATEMENT**
        Defendant.
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

        AXA Group,
        Mutuelles AXA (AXA Assurances IARD Mutuelle and
        AXA Assurances Vie Mutuelle)


Date:  New York, New York
        March 26, 2008

                            *s/David L. Mazaroli*

                            _____
                            David L. Mazaroli (DM 3929)
                            Attorney for Plaintiff
                            11 Park Place - Suite 1214
                            New York, New York 10007
                            Tel.: (212)267-8480
                            Fax.: (212)732-7352
                            E-mail: dlm@mazarolilaw.com
                            File No.: 7WC-1613