DLM REF.: 7WC-1616

```
         MAZAROLI
         MAY 1 2 2008
         LAW OFFICE
```

## WAIVER OF SERVICE OF SUMMONS

TO: <u>David L. Mazaroli, Attorney for Plaintiff</u>

I acknowledge receipt of your request that I waive service of a summons in the action of **AXA INSURANCE SINGAPORE PTE LTD. v. CSX INTERMODAL, INC.** which is case number **08 CIV. 3084 (DAB)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **April 7, 2008**, or within 90 days after that date if the request was sent outside the United States.

CSX Intermodal, Inc.
P.O. Box 44085
Jacksonville, FL 32231-4085

5/08/08
Date

Signed: [signature]
Name:
Title: Counsel for CSX Intermodal Inc
Company: CSX Intermodal Inc