DEORCHIS & PARTNERS, LLP
61 Broadway
26th Floor
New York, N.Y. 10006

Attorneys for Defendants
CSX INTERMODAL, INC. and
CSX TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AXA INSURANCE SINGAPORE PTE LTD.,

                              Plaintiff,                    08 Civ. 3084 (DAB)

- against -

                                                 **RULE 7.1 STATEMENT**

CSX INTERMODAL, INC.;
CSX TRANSPORTATION, INC.;
HAPAG LLOYD CONTAINER LINE GMBH,

                              Defendants.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendants CSX INTERMODAL, INC. (a private non-governmental party) and CSX TRANSPORTATION, INC. (a private non-governmental party) certify that both defendants are wholly-owned subsidiaries of CSX Corporation. CSX Corporation is a publicly held corporation. There are no entities that own 10% or more of CSX Corporation.

Dated: New York, New York
       June 6, 2008

                                   DeORCHIS & PARTNERS, LLP
                                   Attorneys for Defendants
                                   CSX Intermodal, Inc. and
                                   CSX Transportation, Inc.
                                   61 Broadway, 26th Floor
                                   New York, N.Y. 10006-2802
                                   Tel: 212-344-4700
                                   Fax: 212-522-5299
                                   Our File: 8008-124

                                   By: _____
                                         William E. Lakis, Esq. (WL 9355)

**OF COUNSEL:**
DeOrchis, Hillenbrand, Wiener & O'Brien, LLP
By: _____s/ Hyman Hillenbrand_____
    Hyman Hillenbrand (HH-2869)
     8751 West Broward Blvd., Suite 203
    Fort Lauderdale, FL 33324
    Tel. (954) 652-0100
    Fax. (954) 652-0103