9152/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendants*
HAPAG-LLOYD CONTAINER LINIE GMBH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA INSURANCE SINGAPORE PTE LTD,<br><br>Plaintiffs,<br><br>- against -<br><br>CSX INTERMODAL, INC.; CSX TRANSPORTATION INC.; HAPAG-LLOYD CONTAINER LINIE GMBH;<br><br>Defendants. | 08 CV 3084 (DAB)<br><br>ECF CASE<br><br>**RULE 7.1 STATMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant HAPAG-LLOYD CONTAINER LINIE GMBH d/b/a HAPAG-LLOYD CONTAINER LINE; HAPAG-LLOYD (AMERICA) INC. certifies that upon information and belief this party has a corporate parent, TUI AG, which is publicly held.

Dated: New York, New York
      June 10, 2008

                                      CICHANOWICZ, CALLAN, KEANE,
                                      VENGROW & TEXTOR, LLP
                                      61 Broadway, Suite 3000
                                      New York, New York 10006
                                      *Attorneys for Defendants*
                                      HAPAG-LLOYD CONTAINER LINIE GMBH

                            By:     _s/ Paul M. Keane_____
                                        Paul M. Keane (PMK-5934)