DeORCHIS & PARTNERS, LLP
61 Broadway
26th Floor
New York, N.Y. 10006

Attorneys for Defendants
CSX INTERMODAL, INC. and
CSX TRANSPORTATION, INC.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AXA INSURANCE SINGAPORE PTE LTD.,

         Plaintiff,    08 Civ. 3084 (DAB)

  - against -

               STIPULATION

CSX INTERMODAL, INC.;
CSX TRANSPORTATION, INC.;
HAPAG LLOYD CONTAINER LINE GMBH,

         Defendants.
-----------------------------------------------------------X

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein that Defendants CSX Intermodal, Inc., and CSX Transportation, Inc., shall have until September 15, 2008 to answer the cross-claim filed by Defendant Hapag-Lloyd Container Line GMBH.

Dated: New York, New York
   September 3, 2008

| | |
|---|---|
| CICHANOWICSZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP<br>Attorney for Defendant<br>HAPAG LLOYD CONTAINER LINE GMBH | DEORCHIS & PARTNERS, LLP<br>Attorneys for Defendants<br>CSX INTERMODAL, INC. and<br>CSX TRANSPORTATION, INC. |
| By: _/s/ Paul M. Keane_<br>Paul M. Keane (PMK-5934)<br>61 Broadway, Suite 3000<br>New York, NY 10006<br>(212) 344-7042 | By: _/s/ William E. Lakis_<br>William E. Lakis (WL-9355)<br>61 Broadway, 26th Floor<br>New York, New York 10006-2802<br>(212) 344-4700<br>File no.: 8008-124 |

W:\8008-124\legals\Stipulation.doc

**SO ORDERED**

_/s/ Deborah A. Batts_
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE